JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERIDOON ASLANI, | Case No. 5:21-01333 ODW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

DATED: February 7, 2022

_____
THE HONORABLE OTIS D. WRIGHT, II
United States District Judge